**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

      Plaintiff,

                                    Case No. 11-cr-01784 JCH

vs.

RONALD CHRISTOPER ACOSTA,

      Defendant.

**UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

Pursuant to D.N.M.LR-Cr. 44.1(f), undersigned counsel for Defendant Ronald Christopher Acosta, respectfully moves the Court for leave to withdraw and to substitute new CJA counsel in his place. As grounds, counsel states:

1.     On December 17, 2024, counsel was appointed as CJA counsel for Defendant.

2.     On February 12, 2026, The Governor of New Mexico appointed counsel to a judgeship on the First Judicial District Court.

3.     Counsel must withdraw from all of his cases in order to take the bench.

4.     Joseph A. Niskar, the CJA Coordinating Attorney in the Office of the Federal Public Defender is prepared to appoint new counsel for Defendant.

5.     The United States, through Assistant U.S. Attorney Louis C. Mattei, does not oppose this motion.

For the foregoing reasons, undersigned counsel for Defendant Ronald Christopher Acosta respectfully moves the Court for an order withdrawing counsel from further representation in this matter and to appoint new CJA counsel for Mr. Acosta.

Respectfully submitted,

COBERLY LAW OFFICE

/s/ *Todd A. Coberly*
Todd A. Coberly
P.O. Box 24306
Santa Fe, NM  87502
(505) 306-4019
coberlylaw@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of February, 2026, I filed the foregoing using the CM/ECF system, which will electronically send notification of such filing to all counsel of record.

/s/ *Todd A .Coberly*
Todd A. Coberly

2